CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIJAYALAKSHMI KOTHANDAN, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al*., <br><br> Defendants. | Case No. 5:26-cv-01911-EKL <br><br> **STIPULATION TO PROPOSED SCHEDULE FOR PLAINTIFF'S AMENDED COMPLAINT; [PROPOSED] ORDER** |

Plaintiffs filed this action seeking to compel United States Citizenship and Immigration Services' ("USCIS") to adjudicate their Form I-526E, Immigrant Petition by Regional Center Investor and Form I-485, Application to Register Permanent Residence or Adjust Status. The U.S. Attorney's Office received service of the complaint on March 23, 2026. On May 22, 2026, Defendants filed a Motion to Dismiss Plaintiffs' complaint. Dkt. No. 7. Following the filing of Defendants' motion, the parties conferred and hereby stipulate and respectfully request the Court to grant the parties' proposed schedule for the filing of Plaintiffs' amended complaint and to allow Defendants to withdraw Defendants' motion to dismiss (Dkt. No. 7), without prejudice to refiling the motion. The parties have agreed to the following schedule:

1.      Plaintiffs will file an amended complaint by June 22, 2026.

2.      Defendants will file their response to Plaintiffs' amended complaint by July 22, 2026.

Stipulation
5:26-cv-01911-EKL                                          1

The parties respectfully request that the Court adopt the above-proposed schedule for Plaintiffs' amended complaint and Defendants' response. The parties also respectfully request the Court to vacate the hearing on Defendants' motion to dismiss scheduled for July 1, 2026, at 10:00 a.m. *See* Dkt. No. 7.

Dated: June 4, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: June 4, 2026

*s/ Kristina David*
KRISTINA DAVID
David Strashnoy Law, PC
Attorneys for Plaintiffs

### ~~[PROPOSED]~~ ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:    June 4, 2026

HON. EUMI K. LEE
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
5:26-cv-01911-EKL                                    2